*In re* MEDIDAS ESPECIALES PARA LA EXTENSIÓN DE TÉRMINOS.

*Número:* EM-2005-02     *Resuelto:* 18 de marzo de 2005

## RESOLUCIÓN

El Juez Presidente, Hon. Federico Hernández Denton, concedió libre a los empleados y empleadas de la Rama Judicial, con cargo a la licencia de vacaciones, el 24 de marzo de 2005, día en que tradicionalmente se conmemora el Jueves Santo. A tales efectos y en virtud de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judicia-

les, se aplicará lo dispuesto por los Arts. 388 y 389 del Código Político de 1902 (1 L.P.R.A. secs. 72 y 73) y se considerará como si fuera un día feriado. Cualquier término por vencer ese día se extenderá hasta el lunes 28 de marzo de 2005.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Aida I. Oquendo Graulau
*Secretaria del Tribunal Supremo*